# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MICHAEL BARNISHIN,

      Plaintiff,

v.                                  Case No. 4:16cv719-MW/GRJ

WILLIAM N. MEGGS, et al.,

      Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 13. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The motions for leave to proceed as a pauper are **DENIED**. ECF Nos. 2 and 10. Plaintiff's first amended complaint, ECF No. 12, is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous and for lack of subject matter jurisdiction. Because Plaintiff is subject to the requirements of the Prison Litigation Reform Act, this dismissal operates as

1

a "strike" pursuant to 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on April 10, 2017.**

**s/Mark E. Walker** \_\_\_\_
**United States District Judge**