IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL BARNISHIN,

      Plaintiff,

v.                                    Case No. 4:16cv719-MW/GRJ

WILLIAM N. MEGGS, et al.,

      Defendants.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 13, and has reviewed *de novo* the Plaintiff's objections. ECF No. 16. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted,** over the objections of Plaintiff, as this Court's opinion. The Clerk shall enter judgment stating, "The motions for leave to proceed as a pauper are **DENIED**. ECF Nos. 2 and 10. Plaintiff's first amended complaint, ECF No. 12, is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous and for lack of subject matter jurisdiction. Because Plaintiff is subject to the requirements of the Prison Litigation Reform Act,

1

this dismissal operates as a "strike" pursuant to 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on April 14, 2017.**

**s/Mark E. Walker      ____**
**United States District Judge**
